**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Elizabeth R. ROACH, Defendant–
Appellee.**

**No. 01–2618.**

United States Court of Appeals,
Seventh Circuit.

July 30, 2002.

Before POSNER, EVANS,
WILLIAMS, Circuit Judges.

### ORDER

On consideration of the petition for rehearing filed by counsel for Defendant–Appellee Elizabeth R. Roach on July 24, 2002, all members of the original panel have voted to deny the petition for rehearing. The petition for rehearing is therefore DENIED.

**Charles E. WILKERSON,
Plaintiff–Appellant,**

v.

**SPRINGFIELD PUBLIC SCHOOL
DISTRICT NO. 186, Defendant–
Appellee.**

**No. 01–4289.**

United States Court of Appeals,
Seventh Circuit.

July 31, 2002.

Before COFFEY, RIPPLE, and
KANNE, Circuit Judges.

### ORDER

On consideration of the Plaintiff–Appellant's petition for rehearing, filed on July 16, 2002, the judges on the panel have voted to deny the petition. Accordingly,

It is ORDERED that the petition for rehearing is DENIED.